UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARY JANE HERNANDEZ, | § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-18-CA-955-OLG |
| ANDREW SAUL, Commissioner Social Security Administration, | § § § § | |
| Defendant. | § | |

**ORDER RETURNING CASE TO DISTRICT COURT**

All matters for which this cause was referred to the Magistrate Judge having been considered and acted upon, it is **ORDERED** that the above-entitled and numbered cause is **RETURNED** to the District Court for all purposes.

**SIGNED** on November 25, 2019.

Henry J. Bemporad
United States Magistrate Judge